# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1098. YEVETTE FREEMAN v. ABDUL RAUF.**

Yevette Freeman filed a warrant application in magistrate court. The magistrate court denied Freeman's application on September 14, 2022. Freeman then filed a notice of appeal on November 2, 2022. We, however, lack jurisdiction for two reasons.

First, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). Accordingly, this Court has jurisdiction to consider matters addressed in a magistrate court's order only if the state or superior court has first reviewed that order. See *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). Given the lack of an appealable state or superior court order, we are unable to consider this appeal.

Second, Freeman's appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Because Freeman's notice of appeal was filed 49 days after entry of the magistrate court's order, this appeal is untimely.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/13/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*